1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  SIRIA L. GUTIÉRREZ
   Nevada Bar No. 011981
3  rclayton@lawhjc.com
   sgutierrez@lawhjc.com
4

5  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
6  LAS VEGAS, NEVADA 89128
   (702) 316-4111
7  FAX (702) 316-4114

   *Attorneys for Defendant*
8  *Denny's, Inc.*
   .
9
                    **UNITED STATES DISTRICT COURT**
10
                       **DISTRICT OF NEVADA**
11
   MONICA HINOSTROZA,
12
            Plaintiff,                      CASE NO.:  2:17-cv-02561-RFB-NJK
13
   vs.                                     **STIPULATION AND ORDER TO EXTEND**
14                                         **CURRENT DISCOVERY DEADLINES I**
   DENNY'S, INC., d/b/a DENNY'S            **COMPLIANCE WITH LOCAL RULE 26-4**
15 RESTAURANT, a Foreign corporation, DOES 1
   through 20; ROE BUSINESS ENTITIES 1     **FIRST REQUEST**
16 through 20, inclusive jointly and severally,

17          Defendants.

18

19         IT IS HEREBY STIPULATED by and between Plaintiff Monica Hinostroza and Defendant

20  Denny's, Inc., d/b/a Denny's Restaurant, by and through their respective counsel of record, and

21  hereby stipulate to extend all current deadlines by 60-days.  Pursuant to Local Rule 6-1(b), the

22  parties state that this is their first request for extension of discovery deadlines.

23                    **REASONS FOR NECESSITY OF STIPULATION**

24         The parties stipulate that because this matter involves extensive medical treatment incurred

25  by Plaintiff Monica Hinostroza in Boston, Massachusetts, between the time of the alleged incident

26  on February 22, 2016, and the filing of this lawsuit, the parties need additional time to evaluate,

27  retain, and receive expert reports from their respective experts. The parties have been diligently

28  working together to attempt to complete discovery within the time period; however, Plaintiff being

out-of-state has caused unforeseen delays. Additionally, Denny's first notice of the claim was the lawsuit itself and it continues to investigate this claim, including the possibility that the alleged fall occurred on a different premises or may necessitate the inclusion of other parties.

As a result of the delays in obtaining records from across the U.S. and questions about the location of the fall, the parties agree to extend all current deadlines by 60-days in compliance with Local Rule 26-1(e) and Local Rule 26-4. The parties have good cause for seeking this extension of the deadlines. This request for extension is made by the parties and is made in good faith and not for the purpose of delay, but to allow all parties sufficient time to conduct necessary discovery.

## DISCOVERY COMPLETED

- Denny's Inc. exchanged FRCP 26(a) disclosures on November 9, 2017.
- Plaintiff exchanged FRCP 26(a) disclosures on November 15, 2017.
- Denny's Inc. propounded its first set of written discovery on Plaintiff November 9, 2017.
- Plaintiff propounded written discovery on Denny's Inc. on December 6, 2017.
- Denny's Inc. and Plaintiff have been diligently requesting Plaintiff's medical records.

## DISCOVERY PENDING

- Denny's Inc. anticipates taking the deposition of Plaintiff, Jose Hinostroza, and Plaintiff's treating physicians in Boston Massachusetts;
- Plaintiff anticipates taking an FRCP 30(b)(6) deposition(s) of Denny's Inc.;
- Plaintiff anticipates taking the depositions of Denny's Inc.'s Expert Witness(es); and
- Denny's Inc. anticipates taking the depositions of Plaintiff's Expert Witness(es).

## [PROPOSED] NEW DISCOVERY DEADLINES

**Last day to Amend and Add new Parties………………………..** **March 2, 2018**

**Expert Disclosure Deadline …………………………………** **April 2, 2018**

**Joint Interim Status Report Deadline …..…………………….** **April 2, 2018**

**Rebuttal Expert Disclosure Deadline …..…………………….** **May 2, 2018**

Pursuant to LR 26-4, any request to extend a discovery deadline must be filed at least 21 days prior to the expiration of the subject deadline.

**Discovery Cut-Off Date …………………………………** **June 1, 2018**

**Dispositive Motion Deadline …………………………..** **July 2, 2018**

**Proposed Joint Pre-Trial Order** ……………………………….... **August 1, 2018**

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline.

DATED this __27__ day of December, 2017.          DATED this __27__ day of December, 2017.

**HALL, JAFFE & CLAYTON**                          **RICHARD HARRIS LAW FIRM**

*/s/ Siria L. Gutierrez*                           */s/ Michaela E. Tramel*
Riley A. Clayton, Esq.                             Michaela E. Tramel, Esq.
Nevada Bar No. 5260                                Nevada Bar No. 9466
Siria L. Gutiérrez, Esq.                           801 South Fourth Street
Nevada Bar No. 11981                               Las Vegas, NV 89101
7425 Peak Drive
Las Vegas, Nevada 89128                            *Attorneys for Plaintiff*
                                                   *Monica Hinostroza*
*Attorneys for Defendant*
*Denny's, Inc.*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

Dated December 28, 2017

_____
UNITED STATES MAGISTRATE JUDGE