KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Kym@RichardHarrisLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA HINOSTROZA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNY'S INC., d/b/a DENNY'S RESTAURANT, a Foreign Corporation; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.: 2:17-cv-02561 |

Plaintiff MONICA HINOSTROZA ("Plaintiff"), by and through her attorney of record Kym S. Cushing, Esq., of the RICHARD HARRIS LAW FIRM, hereby request that Michaela E. Wood, Esq. be removed from the list of counsel to be noticed.

///

///

///

///

///

///

1

Michaela E. Wood, Esq. is no longer with the Richard Harris Law Firm. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this 11th day of July, 2018.

RICHARD HARRIS LAW FIRM

_____
KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated: July 12, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2