# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA HINOSTROZA,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>DENNY'S INC., et al.,<br><br>　　　Defendant(s). | Case No.: 2:17-cv-02561-RFB-NJK<br><br>**Order**<br><br>(Docket No. 43) |

Before the Court is Defendant's notice of settlement. Docket No. 43. The Court **ORDERS** the parties to file a stipulation of dismissal no later than March 25, 2019.

IT IS SO ORDERED.

Dated: January 24, 2019

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1