RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
TROY A. CLARK
Nevada Bar No. 011361
tclark@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant,
*Denny's Inc., d/b/a Denny's Restaurant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA HINOSTROZA,<br><br>               Plaintiff,<br><br>vs.<br><br>DENNY'S, INC., d/b/a DENNY'S RESTAURANT, a Foreign corporation, DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>               Defendants. | CASE NO: 2:17-cv-02561-RFB-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff, Monica Hinostroza, by and through her attorneys of record, Kym S. Cushing, Esq., of Richard Harris Law Firm and Defendant, Denny's Inc., dba Denny's Restaurant by and through its attorneys of record, Riley A. Clayton, Esq., and Troy A. Clark, Esq., of Hall Jaffe & Clayton, LLP, that this matter be dismissed **with prejudice**, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of February, 2019.

bear their own costs and attorneys' fees.

DATED this  8  day of ~~January~~ Feb, 2019.　　　　DATED this ___ day of ~~July, 2018~~ Jan. 2019.

**HALL JAFFE & CLAYTON, LLP**　　　　　　　　**RICHARD HARRIS LAW FIRM**

By _____　　　　　By _____
RILEY A. CLAYTON, ESQ.　　　　　　　　　　　Kym S. Cushing, Esq.
Nevada Bar No. 005260　　　　　　　　　　　　Nevada Bar No. 4242
TROY A. CLARK, ESQ.　　　　　　　　　　　　801 South Fourth Street
Nevada Bar No. 011361　　　　　　　　　　　　Las Vegas, NV 89101
7425 Peak Drive　　　　　　　　　　　　　　　Attorney for Plaintiff, *Monica Hinostroza*
Las Vegas, Nevada 89128
Attorneys for Defendant,
*Denny's Inc., d/b/a Denny's Restaurant*

## ORDER

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2019.

_____
U.S. DISTRICT COURT JUDGE